# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT JOSEPH MURRAY, JR.

NO. 2025 KW 0575

**AUGUST 25, 2025**

---

In Re:     Bryant Joseph Murray, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 489952-3.

---

**BEFORE:   THERIOT, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

**MRT**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT